JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
25350 Magic Mountain Pkwy Suite 300
Valencia, CA 91355
Tel: (818) 905 6611
Fax: (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MARGARET GUNNESS VALLANDINGHAM<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant | Case No. 2:19-CV-10492-RAO<br><br>[~~PROPOSED~~] ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA 28 U.S.C. §2412(d) |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $1,881.09 in attorney's fees, as well as reimbursement of the $400.00 filing fee, for a total of $2,281.09, subject to the terms of the stipulation.

Dated: July 22, 2020

                                              /s/ Rozella A. Oliver
                                              HON. ROZELLA A. OLIVER
                                              U.S. Magistrate Judge

1                                                           Order Awarding EAJA Fees